**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 13, 2009

Charles R. Fulbruge III
Clerk

No. 08-10745
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

BRENDA LEE FORD

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CR-16-1

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Brenda Lee Ford, federal prisoner # 26255-077, was sentenced to a 324-month term of imprisonment following a 1995 conviction for conspiracy to possess with intent to distribute cocaine and possession with intent to distribute cocaine. Based on Ford's motion to reduce her sentence under 18 U.S.C. § 3582(c)(2) due to the crack cocaine amendments to the Sentencing Guidelines, the district court reduced the aggregate sentence of 324 months to 262 months in prison.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

On June 24, 2008, Ford filed a pro se "motion to revisit sentencing in the interest of justice under newly defined law of the § U.S.S.G." Ford asserted that her prior convictions did not qualify her as a career offender. The district court denied the motion as an unauthorized motion. On appeal, Ford has not shown a jurisdictional basis for her motion to revisit. Because Ford has appealed an unauthorized motion, we dismiss the appeal on the basis that the district court lacked jurisdiction. *See United States v. Early,* 27 F.3d 140, 142 (5th Cir. 1994).

DISMISSED.